IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:24-cv-04259-ELR |
| TARA HOSPITALITY, LLC d/b/a | ) |
| THE GARDEN INN and | ) |
| SHASHIREKHA SHETTY, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS &
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiff hereby files this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of a stock of a party:
  (a) **F.H.;**
  (b) **Tara Hospitality, LLC d/b/a The Garden Inn; and**
  (c) **Shashirekha Shetty.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

1

having either financial interest in or other interest which could be

substantially affected by the outcome of this particular case:
**None known.**

(3) The undersigned certifies that the following is a full and complete list of

all persons serving as attorneys for the parties in this proceeding:
**<u>Counsel for Plaintiff</u>**
Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster

Respectfully submitted on September 24th, 2024.

                        ANDERSEN, TATE & CARR, P.C.

                        */s/ Jonathan S. Tonge*
                        PATRICK J. MCDONOUGH
                        Georgia Bar No. 489855
                        pmcdonough@atclawfirm.com
                        JONATHAN S. TONGE
                        Georgia Bar No. 303999
                        jtonge@atclawfirm.com
                        JENNIFER M. WEBSTER
                        Georgia Bar No. 760381
                        jwebster@atclawfirm.com
                        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784| Facsimile

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on September 24th, 2024.

                                    ANDERSEN, TATE & CARR, P.C.

                                    */s/ Jonathan S. Tonge*
                                    PATRICK J. MCDONOUGH
                                    Georgia Bar No. 489855
                                    pmcdonough@atclawfirm.com
                                    JONATHAN S. TONGE
                                    Georgia Bar No. 303999
                                    jtonge@atclawfirm.com
                                    JENNIFER M. WEBSTER
                                    Georgia Bar No. 760381
                                    jwebster@atclawfirm.com
                                    *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784| Facsimile