## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| F.H., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:24-cv-04259-ELR |
| v. | ) | |
| | ) | |
| TARA HOSPITALITY, LLC d/b/a | ) | **JURY TRIAL DEMANDED** |
| THE GARDEN INN, and | ) | |
| SHASHIREKHA SHETTY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

COME NOW Tara Hospitality, LLC d/b/a the Garden Inn and Shashirekha Shetty ("Defendants"), by and through undersigned counsel and file their Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and LR 3.3, NDGa:

1.

The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation(s) known to the Defendants and any publicly held corporation that, to the knowledge of the Defendants, own 10% or more of the stock of a party:

A.     F.H., Plaintiff;

B.     Tara Hospitality, LLC, Defendant.

2.

The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

A.     F.H., Plaintiff;

B.     Tara Hospitality, LLC, Defendant;

C.     Shashirekha Shetty, Defendant;

D.     Occidental Fire and Casualty Co.

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

A.     For Plaintiff:

Anderson Tate & Carr
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com
One Sugarloaf Centre

1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
(770) 822-0900

B.    For Defendants:

**FREEMAN MATHIS & GARY, LLP**
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133


Groth, Makarenko, Kaiser & Eidex, LLC
Joseph A. Kaiser
Georgia Bar No. 323435
jk@gmke.law
1960 Satellite Blvd., Suite 2000
Duluth, Georgia 30097
(770) 904-3590


4.

The undersigned further certifies that the following is a full and complete list of

the citizenship of every individual or entity whose citizenship is attributed to a party

on whose behalf this certificate is filed:

A. F.H., Plaintiff – Unknown;

B. Tara Hospitality, LLC, Defendant – Georgia;

C. Shashirekha Shetty, Defendant – Georgia;

Respectfully submitted this 22nd day of January, 2025.

<div style="margin-left: 40%;">

**FREEMAN MATHIS & GARY, LLP**

/s/ *Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

</div>

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133

<div style="margin-left: 40%;">

**GROTH, MAKARENKO,
KAISER & EIDEX, LLC**

/s/ *Joseph A. Kaiser*
Joseph A. Kaiser
Georgia Bar No. 323435
jk@gmke.law

</div>

1960 Satellite Blvd., Suite 2000
Duluth, Georgia 30097
(770) 904-3590

<div style="margin-left: 40%;">

*Attorneys for Defendants*

</div>

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing document has been prepared in accordance with L.R. 5.1 using Times New Roman font, 14-point.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically served a copy of the foregoing **Defendants' Certificate of Interested Persons and Corporate Disclosures** to all parties by filing a true and correct copy with the Clerk of Court, which will automatically send electronic copies to all counsel of record as follows:

Anderson Tate & Carr
Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
(770) 822-0900
*Counsel for Plaintiff*

Groth, Makarenko, Kaiser & Eidex, LLC
Joseph A. Kaiser
jk@gmke.law
1960 Satellite Blvd., Suite 2000
Duluth, Georgia 30097
(770) 904-3590
*Attorney for Defendants*

Respectfully submitted this 22nd day of January, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly

Georgia Bar No. 610587
Emma.fennelly@fmglaw.com
*Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133