IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| F.H., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:24-CV-04259-ELR |
| | * | |
| TARA HOSPITALITY, LLC d/b/a | * | |
| THE GARDEN INN, and | * | |
| SHASHIREKHA SHETTY, | * | |
| | * | |
| Defendants. | * | |
| | * | |

_____

**ORDER**

_____

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the Parties [Doc. 13], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are, to the extent they comport with the Federal Rules of Civil Procedure and the Local Rules of this Court, as set out in the form, except as herein modified:

This case is assigned to an 11-month discovery period (inclusive of fact and expert discovery), concluding on December 15, 2025. Any motions for summary judgment or the proposed consolidated pretrial order must be filed within 30 days of the close of discovery. If a motion for summary judgment is filed, the proposed

consolidated pretrial order must be filed within 30 days of the entry of this Court's ruling on the motion.

If neither motion(s) for summary judgment nor the proposed pretrial order are timely filed, the Court **DIRECTS** the Clerk to submit this matter for the Court for consideration.

**SO ORDERED**, this 22nd day of January, 2025.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia