UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H., <br><br> Plaintiff, <br><br> v. <br><br> TARA HOSPITALITY, LLC, d/b/a THE GARDEN INN and SHASHIREKHA SHETTY, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-04259-ELR |

## **MOTION FOR LEAVE OF ABSENCE**

COMES NOW, Patrick J. McDonough, lead counsel for Plaintiff F.H. and pursuant to Local Rule 83.1E(5), respectfully requests that this Court grant his request for leave of absence.

1.

The period of leave during which Mr. McDonough will be away from the practice of law for personal reasons and/or international travel are as follows:

- April 3-11, 2025;
- May 6-14; 2025
- July 5-11, 2025
- November 3-7, 2025;
- November 10-14, 2025;

- November 17-21, 2025;

- November 24-28, 2025; and

- December 1-5, 2025

2.

A Proposed Order setting forth the relief requested herein is attached as Exhibit "A".

Respectfully submitted this 27th day of January, 2025.

                ANDERSEN, TATE & CARR, P.C.

                */s/ Patrick J. McDonough*
                PATRICK J. MCDONOUGH
                Georgia Bar No. 489855
                pmcdonough@atclawfirm.com
                JONATHAN S. TONGE
                Georgia Bar No. 303999
                jtonge@atclawfirm.com
                JENNIFER M. WEBSTER
                Georgia Bar No. 760381
                jwebster@atclawfirm.com
                *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 27th day of January, 2025.

                ANDERSEN, TATE & CARR, P.C.

                */s/ Patrick J. McDonough*

                PATRICK J. MCDONOUGH
                Georgia Bar No. 489855
                pmcdonough@atclawfirm.com
                JONATHAN S. TONGE
                Georgia Bar No. 303999
                jtonge@atclawfirm.com
                JENNIFER M. WEBSTER
                Georgia Bar No. 760381
                jwebster@atclawfirm.com
                *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile