UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

F.H.,

     Plaintiff,

v.

TARA HOSPITALITY, LLC, d/b/a
THE GARDEN INN and
SHASHIREKHA SHETTY,

     Defendants.

CIVIL ACTION FILE

NO. 1:24-cv-04259-ELR

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of Plaintiff's First Requests for Admission to Defendant Shashirekha Shetty, Plaintiff's First Requests for Admission to Defendant Tara Hospitality, LLC, d/b/a The Garden Inn, Plaintiff's First Continuing Interrogatories to Defendant Shashirekha Shetty, Plaintiff's First Continuing Interrogatories to Defendant Tara Hospitality, LLC, d/b/a The Garden Inn, Plaintiff's First Requests for Production to Defendant Shashirekha Shetty, and Plaintiff's First Requests for Production to Defendant, Tara Hospitality, LLC, d/b/a The Garden Inn to all counsel of record via electronic mail.

Respectfully submitted on January 28, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile