IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Civil Action No. 1:24-cv-04259-ELR |
| v. ) | |
| ) | |
| TARA HOSPITALITY, LLC d/b/a ) | |
| THE GARDEN INN, and ) | |
| SHASHIREKHA SHETTY, ) | |
| ) | |
|    Defendants. ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Rule 5.4, I hereby certify that on March 17, 2025 I served (1) **Defendant Shashirekha Shetty's Objections and Response to Plaintiff's First Requests for Admission to Defendant Shashirekha Shetty**; (2) **Defendants Tara Hospitality, LLC and Shashirekha Shetty's Objections and Response to Plaintiff's First Continuing Interrogatories to Defendant Shashirekha Shetty**; and (3) **Defendants Tara Hospitality, LLC and Shashirekha Shetty's Objections and Responses to Plaintiff's First Requests for Production** to all parties through counsel of record by transmitting a true and correct copy in portable document format (PDF) via statutory electronic email to:

Patrick J. McDonough (pmcdonough@atclawfirm.com)
Jonathan S. Tonge (jtonge@atclawfirm.com)
Rory A. Weeks (rweeks@atclawfirm.com)
Jennifer M. Webster (jwebster@atclawfirm.com)

Anderson Tate & Carr
*Attorneys for Plaintiff*

Joseph A. Kaiser (jk@gmke.law)
Groth, Makarenko, Kaiser & Eidex, LLC
*Attorney for Defendants*

This 18th day of March, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Emma J. Fennelly*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Patrick J. McDonough<br>pmcdonough@atclawfirm.com<br>Jonathan S. Tonge<br>jtonge@atclawfirm.com<br>Rory A. Weeks<br>rweeks@atclawfirm.com<br>Jennifer M. Webster<br>jwebster@atclawfirm.com<br>Anderson Tate & Carr<br>One Sugarloaf Centre<br>1960 Satellite Blvd., Suite 4000<br>Duluth, Georgia 30097<br>*Attorneys for Plaintiff* | Joseph A. Kaiser<br>jk@gmke.law<br>Groth, Makarenko, Kaiser & Eidex, LLC<br>1960 Satellite Blvd., Suite 2000<br>Duluth, Georgia 30097<br>*Attorney for Defendants* |

This 18th day of March, 2025.

                                        */s/ Emma J. Fennelly*
                                        Emma J. Fennelly
                                        Georgia Bar No. 610587
                                        Emma.fennelly@fmglaw.com
                                        *Attorneys for Defendants*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)