IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>TARA HOSPITALITY, LLC d/b/a )<br>THE GARDEN INN, and )<br>SHASHIREKHA SHETTY, )<br>)<br>   Defendants. ) | Civil Action No. 1:24-cv-04259-ELR |

# AMENDED RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Rule 5.4, I hereby certify that on this day I served (1) **Defendants Tara Hospitality, LLC and Shashirekha Shetty's First Supplemental Objections and Response to Plaintiff's First Continuing Interrogatories** and (2) **Defendants Tara Hospitality, LLC and Shashirekha Shetty's First Supplemental Objections and Responses to Plaintiff's First Requests for Production** to all parties through counsel of record by transmitting a true and correct copy in portable document format (PDF) via statutory electronic email to:

> Patrick J. McDonough (pmcdonough@atclawfirm.com)
> Jonathan S. Tonge (jtonge@atclawfirm.com)
> Rory A. Weeks (rweeks@atclawfirm.com)
> Anderson Tate & Carr
> *Attorneys for Plaintiff*

This 16th day of April, 2025.

        **FREEMAN MATHIS & GARY, LLP**

        */s/ Emma J. Fennelly*
        Jennifer C. Adair
        Georgia Bar No. 001901
        JAdair@fmglaw.com
        Emma J. Fennelly
        Georgia Bar No. 610587
        Emma.fennelly@fmglaw.com

        *Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **AMENDED RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
*Attorneys for Plaintiff*

This 16th day of April, 2025.

                                           */s/ Emma J. Fennelly*
                                           Emma J. Fennelly
                                           Georgia Bar No. 610587
                                           Emma.fennelly@fmglaw.com
                                           *Attorneys for Defendants*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)

(833) 330-3669 (facsimile)