To: All Judges, Clerks of Court, and Counsel of Record
From: Jennifer C. Adair, Esq.
Re: Notice of Leave of Absence

## NOTICE OF LEAVE OF ABSENCE

COMES NOW Jennifer C. Adair, Esq. and respectfully notifies all judges before whom she has cases pending, all affected clerks of court, and all opposing counsel, that she will be on leave pursuant to Georgia Uniform Court Rule 16.

1.      The period of leave during which time Applicant will be away from the practice of law is:

- *April 23, 2025 through April 25, 2025*                    *Personal Travel*

- *May 19, 2025 through May 23, 2025*                        *Family Vacation*

- *May 26, 2025 through May 30, 2025*                        *Family Vacation*

- *September 15, 2025 through September 19, 2025*     *Personal Travel*

- *September 22 through September 23, 2025*              *Personal Travel*

- *October 21, 2025 through October 24, 2025*            *Professional Seminar*

2.      All affected judges and opposing counsel shall have ten (10) days from the date of this Notice to object to it. If no objections are filed, the leave shall be granted.

This 18th day of April, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)

# EXHIBIT A

| Case Style<br>Case Number | Court<br>Judge |
|---|---|
| Opposing Counsel | Opposing Counsel |
| H.M. and I.B. v. Jay Shri Hanuman, et al.<br>1:24-cv-04037-TRJ | United States District Court<br>Northern District of Georgia<br>Judge Tiffany R. Johnson |
| Patrick J. McDonough<br>Jonathan S. Tonge<br>Rory A. Weeks<br>ANDERSON TATE & CARR<br>One Sugarloaf Centre<br>1960 Satellite Blvd., Suite 4000<br>Duluth, Georgia 30097<br>pmcdonough@atclawfirm.com<br>jtonge@atclawfirm.com<br>rweeks@atclawfirm.com | |

| | |
|---|---|
| F.H. v. Tara Hospitality, LLC, et al.<br>1:24-cv-04259-ELR | United States District Court<br>Northern District of Georgia<br>Judge Eleanor L. Ross |
| Patrick J. McDonough<br>Jonathan S. Tonge<br>Rory A. Weeks<br>ANDERSON TATE & CARR<br>One Sugarloaf Centre<br>1960 Satellite Blvd., Suite 4000<br>Duluth, Georgia 30097<br>pmcdonough@atclawfirm.com<br>jtonge@atclawfirm.com<br>rweeks@atclawfirm.com | |

| B.G. v. Safi Investment, Inc., et al. 1:24-CV-00697-VMC | United States District Court Northern District of Georgia Judge Victoria M. Calvert |
|---|---|
| Matthew B. Stoddard<br>Joseph J. Gleason<br>M. Janine Bell<br>THE STODDARD FIRM<br>1534 N Decatur Road<br>Atlanta, GA 30307<br>matt@legalhelpga.com<br>joe@legalhelpga.com | |

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to Local Rule 7.1(D), I certify that the foregoing document has been prepared in accordance with L.R. 5.1 (Times New Roman font, 14 point).

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this date served a copy of the foregoing **Notice of Leave of Absence** upon all judges, clerks and opposing counsel listed on the attached *Exhibit A* via the *CM/ECF* system which will automatically send electronic mail notification of such filing to the counsel of record.

This 18th day of April, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer C. Adair*
Jennifer C. Adair
Georgia Bar No. 001901

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)