IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>TARA HOSPITALITY, LLC d/b/a )<br>THE GARDEN INN, and )<br>SHASHIREKHA SHETTY, )<br>)<br>   Defendants. ) | Civil Action No. 1:24-cv-04259-ELR |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

Pursuant to Local Rule 5.4, I hereby certify that on this day I served the **Defendants Tara Hospitality, LLC and Shashirekha Shetty's Second Supplemental Objections and Response to Plaintiff's First Continuing Interrogatories** to all parties through counsel of record by transmitting a true and correct copy in portable document format (PDF) via statutory electronic email to:

Patrick J. McDonough (pmcdonough@atclawfirm.com)
Jonathan S. Tonge (jtonge@atclawfirm.com)
Rory A. Weeks (rweeks@atclawfirm.com)
Anderson Tate & Carr
*Attorneys for Plaintiff*

Joseph A. Kaiser (jk@gmke.law)
Groth, Makarenko, Kaiser & Eidex, LLC
*Co-Counsel for Defendants*

This 22nd day of April, 2025.

                **FREEMAN MATHIS & GARY, LLP**

                */s/ Emma J. Fennelly*
                Jennifer C. Adair
                Georgia Bar No. 001901
                JAdair@fmglaw.com
                Emma J. Fennelly
                Georgia Bar No. 610587
                Emma.fennelly@fmglaw.com

                *Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com
Jennifer M. Webster
jwebster@atclawfirm.com
Anderson Tate & Carr
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
*Attorneys for Plaintiff*

Joseph A. Kaiser
jk@gmke.law
Groth, Makarenko, Kaiser & Eidex, LLC
1960 Satellite Blvd., Suite 2000
Duluth, Georgia 30097
*Co-Counsel for Defendants*

This 22nd day of April, 2025.

    */s/ Emma J. Fennelly*
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com
*Attorneys for Defendants*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)