UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TARA HOSPITALITY, LLC, d/b/a<br>THE GARDEN INN and<br>SHASHIREKHA SHETTY,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-04259-ELR |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of Plaintiff's Supplemental Objections and Responses to Defendant Tara Hospitality, LLC d/b/a The Garden Inn's First Interrogatories to Plaintiff F.H., Plaintiff F.H.'s Supplemental Responses and Objections to Defendant Tara Hospitality, LLC d/b/a The Garden Inn's First Request for Production of Documents and Things and Notice to Produce to Plaintiff F.H., and Plaintiff's Supplemental Document Production, bates Labeled Plaintiff F.H. 00080–03222 upon counsel of record via electronic mail.

Respectfully submitted on April 30, 2025.

                                        ANDERSEN, TATE & CARR, P.C.

                                        */s/ Jonathan S. Tonge*
                                        PATRICK J. MCDONOUGH
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com

                                                JONATHAN S. TONGE  
                                                Georgia Bar No. 303999  
                                                jtonge@atclawfirm.com  
                                                JENNIFER M. WEBSTER  
                                                Georgia Bar No. 760381  
                                                jwebster@atclawfirm.com

One Sugarloaf Centre  
1960 Satellite Boulevard, Suite 4000  
Duluth, Georgia 30097  
(770) 822-0900 | Telephone  
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                              ANDERSEN, TATE & CARR, P.C.

                                              */s/ Jonathan S. Tonge*
                                              PATRICK J. MCDONOUGH
                                              Georgia Bar No. 489855
                                              pmcdonough@atclawfirm.com
                                              JONATHAN S. TONGE
                                              Georgia Bar No. 303999
                                              jtonge@atclawfirm.com
                                              JENNIFER M. WEBSTER
                                              Georgia Bar No. 760381
                                              jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile