IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H.,<br><br>  Plaintiff,<br><br>v.<br><br>TARA HOSPITALITY, LLC, d/b/a<br>THE GARDEN INN and<br>SHASHIREKHA SHETTY,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-04259-ELR |

## NOTICE OF SERVICE OF SUBPOENAS

YOU ARE HEREBY NOTIFIED, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendants intend to serve subpoenas to produce documents upon the following: Cobb County School District, Emory Decatur Hospital, Emory Hillandale Hospital, Emory University Hospital Midtown, Grady Health System, Piedmont Newton Hospital, Riverwoods Behavior Health and Southern Regional Medical Center.

Copies of the foregoing subpoenas issued are being contemporaneously served upon counsel via statutory electronic mail as follows:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com

Anderson Tate & Carr
*Counsel for Plaintiff*

Joseph A. Kaiser
Groth, Makarenko, Kaiser & Eidex, LLC
jk@gmke.law
*Co-Counsel for Defendants*

This 5th day of May, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Emma Fennelly*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Defendants*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF SERVICE OF SUBPOENAS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com
Anderson Tate & Carr
One Sugarloaf Centre
1960 Satellite Blvd., Suite 4000
Duluth, Georgia 30097
*Counsel for Plaintiff*

Joseph A. Kaiser
Groth, Makarenko, Kaiser & Eidex, LLC
jk@gmke.law
1960 Satellite Blvd., Suite 2000
Duluth, Georgia 30097
*Co-Counsel for Defendants*

This 5th day of May, 2025.

| | |
|---|---|
| **FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway, Suite 1600<br>Atlanta, Georgia 30339-5948<br>(770) 818-0000 (telephone)<br>(833) 330-3669 (facsimile) | */s/ Emma Fennelly*<br>Emma J. Fennelly<br>Georgia Bar No. 610587<br>Emma.fennelly@fmglaw.com<br><br>*Attorneys for Defendants* |