UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H.,<br><br>　　Plaintiff,<br><br>v.<br><br>TARA HOSPITALITY, LLC, d/b/a THE GARDEN INN and SHASHIREKHA SHETTY,<br><br>　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-04259-ELR |

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of Plaintiff's Supplemental Objections and Responses to Defendant Tara Hospitality, LLC d/b/a The Garden Inn's First Interrogatories to Plaintiff F.H., Plaintiff F.H.'s Supplemental Responses and Objections to Defendant Tara Hospitality, LLC d/b/a The Garden Inn's First Request for Production of Documents and Things and Notice to Produce to Plaintiff F.H., and Plaintiff's supplemental document production, bates labeled Plaintiff F.H.03223–03227.

Respectfully submitted on May 9, 2025.

　　　　　　　　　　　　　　　　　　　　ANDERSEN, TATE & CARR, P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan S. Tonge*
　　　　　　　　　　　　　　　　　　　　PATRICK J. MCDONOUGH
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 489855
　　　　　　　　　　　　　　　　　　　　pmcdonough@atclawfirm.com

                              JONATHAN S. TONGE
                              Georgia Bar No. 303999
                              jtonge@atclawfirm.com
                              JENNIFER M. WEBSTER
                              Georgia Bar No. 760381
                              jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                        ANDERSEN, TATE & CARR, P.C.

                                        */s/ Jonathan S. Tonge*
                                        PATRICK J. MCDONOUGH
                                        Georgia Bar No. 489855
                                        pmcdonough@atclawfirm.com
                                        JONATHAN S. TONGE
                                        Georgia Bar No. 303999
                                        jtonge@atclawfirm.com
                                        JENNIFER M. WEBSTER
                                        Georgia Bar No. 760381
                                        jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile