IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H., <br><br> Plaintiff, <br><br> v. <br><br> TARA HOSPITALITY, LLC, d/b/a THE GARDEN INN and SHASHIREKHA SHETTY, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-04259-ELR |

**DEFENDANTS' NOTICE TO TAKE THE**
**VIDEO DEPOSITION OF PLAINTIFF F.H.**

PLEASE TAKE NOTICE that on Thursday, May 22, 2025, beginning at 10:00 a.m. at Anderson, Tate & Carr, P.C., One Sugarloaf Centre, 1960 Satellite Boulevard, Suite 4000, Duluth, Georgia 30097, the undersigned counsel for defendants will take the deposition of plaintiff F.H. pursuant to Rule 30 of the Federal Rules of Civil Procedure for all purposes authorized by law before a court reporter duly authorized to administer oaths.  The deposition will be taken before a certified court reporter and videographer or some other officer duly authorized by law to take depositions and will continue from day to day, excluding Saturdays, Sundays, and holidays, until its completion.

This 12th day of May, 2025.

        **FREEMAN MATHIS & GARY, LLP**

        */s/ Emma J. Fennelly*
        Jennifer C. Adair
        Georgia Bar No. 001901
        JAdair@fmglaw.com
        Emma J. Fennelly
        Georgia Bar No. 610587
        Emma.fennelly@fmglaw.com

        *Attorneys for Defendants*

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically served the foregoing **DEFENDANTS' NOTICE TO TAKE THE VIDEO DEPOSITION OF PLAINTIFF F.H.** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Patrick J. McDonough
pmcdonough@atclawfirm.com
Jonathan S. Tonge
jtonge@atclawfirm.com
Rory A. Weeks
rweeks@atclawfirm.com
Anderson Tate & Carr
*Counsel for Plaintiff*

Joseph A. Kaiser
Groth, Makarenko, Kaiser & Eidex, LLC
jk@gmke.law
*Co-Counsel for Defendants*

This 12th day of May, 2025.

| | |
|---|---|
| **FREEMAN MATHIS & GARY, LLP**<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948<br>(770) 818-0000 (telephone)<br>(833) 330-3669 (facsimile) | */s/ Emma J. Fennelly*<br>Emma J. Fennelly<br>Georgia Bar No. 610587<br>emma.fennelly@fmglaw.com<br><br>*Attorneys for Defendants* |