UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

F.H.,

    Plaintiff,

v.

TARA HOSPITALITY, LLC, d/b/a
THE GARDEN INN and
SHASHIREKHA SHETTY,

    Defendants.

CIVIL ACTION FILE

NO. 1:24-cv-04259-ELR

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of Plaintiff's supplemental document production, bates labeled Plaintiff F.H. 03228–03239 upon counsel of record via electronic mail.

Respectfully submitted on May 14, 2025.

ANDERSEN, TATE & CARR, P.C.

/s/ Jonathan S. Tonge
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

2

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing

complies with the applicable font type and size requirements and is formatted in

Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.


*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile