UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H.,<br><br>    Plaintiff,<br><br>v.<br><br>TARA HOSPITALITY, LLC, d/b/a THE GARDEN INN and SHASHIREKHA SHETTY,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-04259-ELR |

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of Plaintiff's Supplemental Objections and Responses to Defendant Tara Hospitality, LLC d/b/a The Garden Inn's First Interrogatories to Plaintiff F.H., Plaintiff F.H.'s Supplemental Responses and Objections to Defendant Tara Hospitality, LLC d/b/a The Garden Inn's First Request for Production of Documents and Things and Notice to Produce to Plaintiff F.H., and Plaintiff's supplemental document production, bates labeled Plaintiff F.H. 03240–03249 upon counsel of record via electronic mail.

Respectfully submitted on May 22, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com

                                              JONATHAN S. TONGE
                                              Georgia Bar No. 303999
                                              jtonge@atclawfirm.com
                                              JENNIFER M. WEBSTER
                                              Georgia Bar No. 760381
                                              jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                             ANDERSEN, TATE & CARR, P.C.

                                             */s/ Jonathan S. Tonge*
                                             PATRICK J. MCDONOUGH
                                             Georgia Bar No. 489855
                                             pmcdonough@atclawfirm.com
                                             JONATHAN S. TONGE
                                             Georgia Bar No. 303999
                                             jtonge@atclawfirm.com
                                             JENNIFER M. WEBSTER
                                             Georgia Bar No. 760381
                                             jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile