UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H., <br><br> Plaintiff, <br><br> v. <br><br> TARA HOSPITALITY, LLC, d/b/a THE GARDEN INN and SHASHIREKHA SHETTY, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-04259-ELR |

## PLAINTIFF'S NOTICE OF VIDEOTAPED DEPOSITION OF SHASHIREKHA SHETTY

PLEASE TAKE NOTICE, pursuant to Federal Rules of Civil Procedure 26 and 30, Counsel for Plaintiff will take the videotaped deposition of Shashirekha Shetty. The deposition will take place on August 8, 2025, at 1:00 p.m., EST, at Freeman Mathis & Gary, LLP located at 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339 and be conducted in person. The deposition will be taken under cross-examination before an officer duly authorized to administer oaths, by stenographic and video means, and will be taken for discovery, for use at trial, and for all permissible purposes. The oral examination will continue from day to day until completed. Opposing counsel may attend and examine.

Respectfully submitted on July 29, 2025.

                                    ANDERSEN, TATE & CARR, P.C.

                                    */s/ Jonathan S. Tonge*
                                    PATRICK J. MCDONOUGH
                                    Georgia Bar No. 489855
                                    pmcdonough@atclawfirm.com
                                    JONATHAN S. TONGE
                                    Georgia Bar No. 303999
                                    jtonge@atclawfirm.com
                                    JENNIFER M. WEBSTER
                                    Georgia Bar No. 760381
                                    jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                              ANDERSEN, TATE & CARR, P.C.

                                              */s/ Jonathan S. Tonge*
                                              PATRICK J. MCDONOUGH
                                              Georgia Bar No. 489855
                                              pmcdonough@atclawfirm.com
                                              JONATHAN S. TONGE
                                              Georgia Bar No. 303999
                                              jtonge@atclawfirm.com
                                              JENNIFER M. WEBSTER
                                              Georgia Bar No. 760381
                                              jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile