IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| F.H., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:24-cv-04259-ELR |
| v. | ) | |
| | ) | |
| TARA HOSPITALITY, LLC d/b/a | ) | |
| THE GARDEN INN, and | ) | |
| SHASHIREKHA SHETTY, | ) | |
| | ) | |
| Defendants. | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

Pursuant to Local Rule 5.4, I hereby certify that on this day I served (1) **Defendants Tara Hospitality, LLC and Shashirekha Shetty's Third Supplemental Objections and Response to Plaintiff's First Continuing Interrogatories** and (2) **Defendants Tara Hospitality, LLC and Shashirekha Shetty's Third Supplemental Objections and Responses to Plaintiff's First Requests for Production** to all parties through counsel of record by transmitting a true and correct copy in portable document format (PDF) via statutory electronic email to:

Patrick J. McDonough (pmcdonough@atclawfirm.com)
Jonathan S. Tonge (jtonge@atclawfirm.com)
Rory A. Weeks (rweeks@atclawfirm.com)
Jennifer M. Webster (jwebster@atclawfirm.com)
Anderson Tate & Carr
*Attorneys for Plaintiff*

Joseph A. Kaiser (jk@gmke.law)
Groth, Makarenko, Kaiser & Eidex, LLC
*Attorney for Defendants*

This 7th day of August, 2025.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Emma J. Fennelly*
Jennifer C. Adair
Georgia Bar No. 001901
JAdair@fmglaw.com
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com

*Attorneys for Defendants*

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically submitted the foregoing

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

with the Clerk of Court using the CM/ECF system which will automatically send

email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Patrick J. McDonough | Joseph A. Kaiser |
| pmcdonough@atclawfirm.com | jk@gmke.law |
| Jonathan S. Tonge | Groth, Makarenko, Kaiser & Eidex, LLC |
| jtonge@atclawfirm.com | 1960 Satellite Blvd., Suite 2000 |
| Rory A. Weeks | Duluth, Georgia 30097 |
| rweeks@atclawfirm.com | *Attorney for Defendants* |
| Jennifer M. Webster | |
| jwebster@atclawfirm.com | |
| Anderson Tate & Carr | |
| One Sugarloaf Centre | |
| 1960 Satellite Blvd., Suite 4000 | |
| Duluth, Georgia 30097 | |
| *Attorneys for Plaintiff* | |

This 7th day of August, 2025.

/s/ Emma J. Fennelly
Emma J. Fennelly
Georgia Bar No. 610587
Emma.fennelly@fmglaw.com
*Attorneys for Defendants*

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)