UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| F.H., <br><br> Plaintiff, <br><br> v. <br><br> TARA HOSPITALITY, LLC d/b/a THE GARDEN INN, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-04259-ELR |

## STIPULATION OF DISMISSAL

The parties have reached an agreement to resolve all claims in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims with prejudice.

Respectfully submitted on September 9, 2025.

                                             ANDERSEN, TATE & CARR, P.C.

                                             */s/ Jennifer M. Webster*
                                             PATRICK J. MCDONOUGH
                                             Georgia Bar No. 489855
                                             pmcdonough@atclawfirm.com
                                             JONATHAN S. TONGE
                                             Georgia Bar No. 303999
                                             jtonge@atclawfirm.com
                                             RORY A. WEEKS
                                             Georgia Bar No. 113491
                                             rweeks@atclawfirm.com
                                             JENNIFER M. WEBSTER
                                             Georgia Bar No. 760381
                                             jwebster@atclawfirm.com
                                             *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

                                  FREEMAN MATHIS & GARY, LLP

                                  *Emma J. Fennelly*_____
                                  JENNIFER C. ADAIR
                                  Georgia Bar No. 001901
                                  jadair@fmglaw.com
                                  EMMA J FENNELLY
                                  Georgia Bar No. 610587
                                  Emma.fennelly@fmglaw.com

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
(678) 996-9133

2

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491
rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile